ACCO,(PVCx),CLOSED,DISCOVERY,TRANSFERRED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:23−mc−00163−MWF−PVC

BMG Rights Management US LLC v. Altice USA, Inc. et al
Assigned to: Judge Michael W. Fitzgerald
Referred to: Magistrate Judge Pedro V. Castillo
Case in other court:  USDC Eastern District of Texas (Marshall Division), 2:22−cv−00471−JRG
Cause: Civil Miscellaneous Case

Date Filed: 11/14/2023
Date Terminated: 12/12/2023
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**In Re**

**Third Party Subpoena Issued to Rightscope, Inc.**

V.

**Plaintiff**

**BMG Rights Management US LLC**

**Plaintiff**

**UMG Recordings, Inc.**

**Plaintiff**

**Concord Music Group, Inc.**

**Plaintiff**

**Concord Bicycle Assets, LLC**

V.

**Movant**

**Rightscorp, Inc.**     represented by     **Jamie Lynn Lucia**
Steptoe and Johnson LLP
One Market Plaza Steuart Tower, 10th Floor
Suite 1070
San Francisco, CA 94105
415−365−6711
Fax: 415−365−6699
Email: jlucia@steptoe.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Altice USA, Inc.**     represented by

**Diana Hughes Leiden**
Winston and Strawn LLP
333 South Grand Avenue 38th Floor
Los Angeles, CA 90071–1543
415–591–1506
Email: dhleiden@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Golinveaux**
Winston and Strawn LLP
101 California Street 35th Floor
San Francisco, CA 94111–5840
415–591–1506
Email: jgolinveaux@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **CSC Holdings, LLC** | represented by | **Diana Hughes Leiden** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Jennifer A Golinveaux** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2023 | Ï 1 | MOTION RELATED TO A SUBPOENA FROM ANOTHER DISTRICT Receipt No: ACACDC–36401993 – Fee: $49, filed by Movants Altice USA, Inc., CSC Holdings, LLC. (Attachments: # 1 Declaration of Diana Leiden in Support, # 2 Exhibit A, # 3 Exhibit B (Redacted), # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E (Redacted), # 7 Proposed Order Granting Motion to Compel) (Attorney Diana Hughes Leiden added to party Altice USA, Inc.(pty:mov), Attorney Diana Hughes Leiden added to party CSC Holdings, LLC(pty:mov))(Leiden, Diana) (Entered: 11/14/2023) |
| 11/14/2023 | Ï 2 | APPLICATION to file document *Exhibits B and E to Leiden Declaration in Support of Motion to Compel Compliance with Subpoena (UNOPPOSED)* under seal filed by Movants Altice USA, Inc., CSC Holdings, LLC. (Attachments: # 1 Proposed Order Granting Leave to File Under Seal)(Leiden, Diana) (Entered: 11/14/2023) |
| 11/14/2023 | Ï 3 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibits B and E to Leiden Declaration in Support of Motion to Compel Compliance with Subpoena (UNOPPOSED)* under seal 2 filed by Movants Altice USA, Inc., CSC Holdings, LLC. (Attachments: # 1 Unredacted Document – Exhibit B to Leiden Decl., # 2 Unredacted Document – Exhibit E to Leiden Decl.)(Leiden, Diana) (Entered: 11/14/2023) |
| 11/16/2023 | Ï 4 | NOTICE OF ASSIGNMENT to District Judge Michael W. Fitzgerald and Magistrate Judge Pedro V. Castillo. (ghap) (Entered: 11/16/2023) |
| 11/16/2023 | Ï 5 | |

| | | |
|---|---|---|
| | | NOTICE OF HEARING on MOTION RELATED TO A SUBPOENA FROM ANOTHER DISTRICT by Clerk of Court. Counsel is hereby notified that the MISC – Motion Related to Subpoena from Another District, 1 is set for hearing. Motion set for hearing on 12/19/2023 at 10:00 AM before Magistrate Judge Pedro V. Castillo. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ghap) TEXT ONLY ENTRY (Entered: 11/16/2023) |
| 11/20/2023 | Ï 6 | CERTIFICATE OF SERVICE filed by Movants Altice USA, Inc., CSC Holdings, LLC, re MISC – Motion Related to Subpoena from Another District,, 1 , Text Only Notice (Attorney Civil Case Opening), 5 , Notice of Assignment to United States Judges(CV–18) – optional html form 4 served on 11/14/2023. (Leiden, Diana) (Entered: 11/20/2023) |
| 11/21/2023 | Ï 7 | MINUTE (IN CHAMBERS) ORDER SUA SPONTE CONTINUING HEARING DATE AND SETTING BRIEFING SCHEDULE ON MOVANTS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ISSUED TO RIGHTSCORP, INC. by Magistrate Judge Pedro V. Castillo, re: Motion Related to Subpoena from Another District 1 , Text Only Scheduling Notice 5 . Upon further consideration of the Court's calendar, the Court sua sponte continues the hearing to Thursday, January 4, 2024 at 10:00 a.m. The Court sets the following briefing schedule: November 30, 2023: Deadline for Rightscorp to notify the Court if it stipulates to the transfer of this motion to the Eastern District of Texas or if it declines to so stipulate. December 12, 2023: Deadline for Rightscorp to file an opposition, if any, to the MTC. December 21, 2023: Deadline for Altice to file a reply, if necessary; deadline for the parties to file a stipulation to hold the hearing virtually via Zoom. (see document for further details) (hr) (Entered: 11/21/2023) |
| 11/30/2023 | Ï 8 | STIPULATION to Transfer Case to Eastern District of Texas filed by Third Party Rightscorp, Inc..(Attorney Jamie Lynn Lucia added to party Rightscorp, Inc.(pty:mov))(Lucia, Jamie) (Entered: 11/30/2023) |
| 12/04/2023 | Ï 9 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: Stipulation 8 . The following error(s) was/were found: Proposed document was not submitted or was not submitted as a separate attachment. Pursuant to Local Rule 5–4.4.1– Proposed orders not lodged with a main document shall be electronically lodged as an attachment to a Notice of Lodging. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. (iv) (Entered: 12/04/2023) |
| 12/12/2023 | Ï 10 | NOTICE OF LODGING filed *(Transferring Motion to Compel to E.D. Tex.)* re Deficiency in Electronically Filed Documents (G–112A) – optional html form,, 9 , Stipulation to Transfer Case 8 (Attachments: # 1 Proposed Order (Transferring Motion to Compel to E.D. Tex.))(Lucia, Jamie) (Entered: 12/12/2023) |
| 12/12/2023 | Ï 11 | MINUTE (IN CHAMBERS) ORDER TRANSFERRING MOTION TO COMPEL FILED BY MOVANTS ALTICE USA, INC. AND CSC HOLDINGS, LLC TO THE EASTERN DISTRICT OF TEXAS, MARSHALL DIVISION, AS THE ISSUING COURT IN THE MATTER OF BMG RIGHTS MANAGEMENT (US) LLC, ET AL. v. ALTICE USA, INC., ET AL., E.D. TEX. CASE NO. CV 22–0471 JRG, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45(f) by Magistrate Judge Pedro V. Castillo, re: 1 Motion to Compel, 8 Stipulation to Transfer. (see document for details) Original file, certified copy of the transfer order and docket sheet sent electronically. (MD JS–6. Case Terminated.) (hr) (Entered: 12/12/2023) |